**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ROBIN DONALDSON,

  Plaintiff,                                      CASE NO.: 3:17-cv-00703-TJC-MCR

-vs-

CREDIT ONE BANK, N.A.,

  Defendant.
_____/

**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES now plaintiff, Robin Donaldson (plaintiff), and defendant, Credit One Bank, N.A., by and through their undersigned counsel, in the above-titled action and represent to the Court that this matter, regarding plaintiff's claims against Defendant, have been settled amicably, and request entry of a Final Order of Dismissal with Prejudice in this matter as to Defendant, with each party to bear its own costs and attorneys' fees except as provided in the parties' Agreement of Settlement and Release.

      Respectfully submitted this 19th day of April.

| | |
|---|---|
| */s/ Octavio Gomez* | */s/ Jocelyn C. Smith* |
| Octavio Gomez, Esq. | Jocelyn C. Smith, Esq. |
| Florida Bar No. 338620 | Florida Bar No. 0036554 |
| MORGAN & MORGAN, TAMPA, P.A. | Dayle M. Van Hoose, Esq. |
| One Tampa City Center | Florida Bar No. 0016277 |
| 201 North Franklin Street, 7th Floor | SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C. |
| Tampa, Florida 33602 | 3350 Buschwood Park Drive, Suite 195 |
| Telephone: (813) 223-5505 | Tampa, Florida 33618 |
| Facsimile: (813) 223-5402 | Telephone: (813) 440-5328 |
| tgomez@forthepeople.com | Facsimile: (866) 466-3140 |
| Attorney for Plaintiff | jsmith@sessions.legal |
| | dvanhoose@sessions.legal |
| | Attorneys for Defendant |